UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19CR944 ERW |
| | ) | |
| TARA SABATINI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REVOKING BOND

This matter is before the Court on the petition of the Pretrial Services Office to revoke the bond and for the detention of the defendant Tara Sabatini. The Court held a bond revocation hearing on December 21, 2020. On October 22, 2020, defendant pleaded guilty to violating Title 18, United States Code, Section 1343.

Under 18 U.S.C. § 3148(b), an order of revocation and detention shall be entered if a judicial officer finds that there is clear and convincing evidence that the person has violated a condition of release, and if the judicial officer finds that the person is unlikely to abide by any condition or combination of conditions of release.

For the reasons set out on the record at the hearing, the Court concludes the government has shown by clear and convincing evidence that defendant has violated a condition of her release and that she is unlikely to abide by any conditions of release.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's bond is revoked and the defendant is ordered detained pending sentencing.

So Ordered this 21st day of December, 2020

_____

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE